IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY BELL,        )<br>                     )<br>    Plaintiff,    )<br>                     )<br> v.                  )<br>                     )<br> FITNESS INTERNATIONAL, LLC d/b/a )<br> LA FITNESS & DOE CORPORATION 1, )<br>                     )<br>    Defendants.      ) | CIVIL ACTION<br>FILE NO. |

## DEFENDANT FITNESS INTERNATIONAL, LLC'S
## NOTICE OF REMOVAL

Pursuant to 28 USC §1446, Defendant Fitness International, LLC and files this Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division, and evoke this Court's jurisdiction over the above-styled civil action on the following grounds:

1. This personal injury action was commenced on October 27, 2020 by the filing of the original Summons and Complaint in the State Court of Fulton County, Georgia, styled *Ashley Bell v. Fitness International, LLC d/b/a LA Fitness and Doe Corporation 1*, Civil Action File No. 20EV006340. (**Exhibit 1, Summons and Complaint).** A copy of the Answer and the Notice of Filing Removal, filed in the State Court of Fulton County, Georgia, are attached hereto as

**Exhibits 2 and 3, respectively**.

2. Pursuant to 28 USC §1332, the United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."

3. Defendant is a foreign limited liability corporation incorporated in California with its principal office in California. A copy of Defendant's corporate information from the California Secretary of State is attached hereto as **Exhibit 4**. Therefore, complete diversity of citizenship exists.

5. This Notice of Removal is timely, as it is within 30 days of service on Defendant. (**Exhibit 5**, Docket of the State Court of Fulton County). See 28 USC §1446(b).

6. Plaintiff's Complaint alleges causes of action based on negligence, negligent hiring, training, and supervision, and negligent inspection. (Plaintiff's Complaint ¶¶ 11-18). Plaintiff alleges that on November 5, 2018, she used a Stairmaster at Defendant's gym and alleges it failed and collapsed. (Plaintiff's Complaint ¶7).

7. Plaintiff seeks damages to compensate her for a broken ankle, heel bone, and cuboid joint. (**Exhibit 1**, Plaintiff's Complaint, ¶8).

8. The amount in controversy exceeds $75,000, as Plaintiff's medical expenses total $24,096.22, her future medical expenses are $50,000, and her lost wages exceed $150,000. (**Exhibit 1**, Plaintiff's Complaint, Prayer for Relief, ¶a) and b).

9. This Court has jurisdiction over this matter pursuant to 28 USC §1332(a) because complete diversity exists between the parties and the amount in controversy is open-ended and potentially exceeds $75,000.

10. By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendants give notice of such removal to Plaintiff.

11. Defendant's Answer and Defenses were timely filed with the State Court of Fulton County. (See **Exhibit 1**, attached hereto).

12. Defendant's Corporate Disclosure Statement and Certificate of Interested Persons are attached as **Exhibits 6 and 7**, respectively.

WHEREFORE, Defendants pray that this Court recognize and exercise jurisdiction over this claim from the State Court of Fulton County, Georgia, and that this action proceed as removed under this Court's jurisdiction pursuant 28 USC §1332.

Respectfully submitted, this 30th day of November, 2020.

          **DREW, ECKL & FARNHAM, LLP**

          */s/ Douglas K. Burrell*
          Douglas K. Burrell
          Georgia Bar No. 097534
          Camille D. Dizon
          Georgia Bar No. 953073
          *Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia  30308
(404) 885-1400

## **CERTIFICATE OF *COMPLIANCE* WITH LOCAL RULE 5.1.B**

Counsel for the Defendants hereby certifies that this pleading was prepared in Times New Roman, 14 Point, in compliance with Local Rule 5.1.B.

Respectfully submitted, this 30th day of November, 2020.

          **DREW, ECKL & FARNHAM, LLP**

          */s/ Douglas K. Burrell*
          Douglas K. Burrell
          Georgia Bar No. 097534
          Camille D. Dizon
          Georgia Bar No. 953073
          *Attorneys for Defendants*

- 5 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ASHLEY BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. |
| FITNESS INTERNATIONAL, LLC d/b/a ) | |
| LA FITNESS & DOE CORPORATION 1, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the within and foregoing *Defendants' Notice Of Removal* on counsel of record via United States Mail, postage prepaid, by US mail and via the CM/ECF system, addressed to counsel of record as follows:

Akins Doherty
Doherty Law Firm
1768 Century Blvd, NE
Suite A
Atlanta, GA 30345

This 30th day of November, 2020.

- 6 -

**DREW, ECKL & FARNHAM, LLP**

*/s/ Douglas K. Burrell*
Douglas K. Burrell
Georgia Bar No. 097537
Camille D. Dizon
Georgia Bar No. 953073
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 3500
Atlanta, Georgia 30308
(404) 885-1400
dizonc@deflaw.com

- 6 -