**E-FILED**
20EV006340
10/27/2020 3:47 PM
LeNora Ponzo, Clerk
Civil Division

**GEORGIA, FULTON COUNTY**

DO NOT WRITE IN THIS SPACE

**STATE COURT OF FULTON COUNTY**
Civil Division

CIVIL ACTION FILE #: _____

Ashley Bell
c/o The Doherty Law Firm, 1768 Century Blvd
NE  St A, Atlanta  GA    30345

Plaintiff's Name, Address, City, State, Zip Code

vs.

Fitness International, LLC d/b/a LA Fitness
c/o CT Corporation, 289 S Culver St.
Lawrenceville   GA    30046

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $_____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Akins Doherty, The Doherty Law Firm
Address: 1768 Century Blvd, NE, Ste A
City, State, Zip Code: Atlanta, GA 30345                          Phone No.: (404) 963-7964

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

LeNora Ponzo, Chief Clerk (electronic signature)

**SERVICE INFORMATION:**
Served, this _____ day of _____, 20_____.
_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

**WRITE VERDICT HERE:**
We, the jury, find for _____

This _____ day of _____, 20_____.   _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

Case 1:20-cv-04831-WMR   Document 1-1   Filed 11/30/20   Page 2 of 5

**E-FILED**
20EV006340
10/27/2020 3:47 PM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Ashley Bell,<br><br>      Plaintiff,<br><br>V.<br><br>Fitness International, LLC d/b/a LA Fitness & Doe Corporation 1,<br><br>      Defendants. | Jury Trial Demanded<br><br>CV Action No.: _____ |

## Complaint for Damages

Comes now Plaintiff Ashley Bell, by and through her undersigned counsel of record, and for her complaint for damages against the above Defendants, states as follows:

### Jurisdiction, Venue, and Parties

1. This Court has subject matter jurisdiction over this action pursuant to O.C.G.A. §15-7-4(a)(2).

2. The Plaintiff is a Georgia resident that was injured as a result of Defendant's negligence.

3. This Court has personal jurisdiction over Defendant Fitness International, LLC d/b/a LA Fitness ("LA Fitness") because it operates an exercise fitness facility in Georgia. Defendant LA Fitness is a foreign limited liability company with its principal office address in 3161 Michelson Drive, Ste 600, Irvin, CA 92612. Its registered agent is CT Corporation System, located at 289 S Culver Street, Lawrenceville, GA 30046.

4. Venue is proper in this court pursuant to O.C.G.A.§ 9-10-93 because the injury occurred in Fulton County.

### Statement of Facts

5. The preceding paragraphs are hereby incorporated by reference as if set forth herein.

6. On November 5, 2018, the Plaintiff went to an LA Fitness facility located at 6385 Old National Highway, Atlanta, GA 30349 to exercise.

7. She got on a Stairmaster equipment at the LA Fitness on Old National Highway and as she began to use the Stairmaster equipment, the Stairmaster equipment failed and collapsed, causing her to fall down.

8. As a result of the fall, she broke her right ankle, right heel bone, and her cuboid joint was severely crushed, which provides stability to the foot. She was eventually treated by several doctors and was diagnosed with a comminuted fracture of the calcaneus, which has developed to arthritis. She also suffered a dorsal avulsion fracture from the neck of the talar bone in her right ankle.

9. A subsequent inspection of the Stairmaster equipment showed that the whole chain system in the Stairmaster equipment was out of alignment, particularly the lower chain drive sprocket. Further the shaft in the Stairmaster equipment was not properly aligned and would not feed properly into the pillow block of the equipment. This was due to improper maintenance on the part of LA Fitness.

## Count 1
## Negligent Hiring, Training, and Supervision

10. The preceding paragraphs are hereby incorporated by reference as if set forth herein.

11. Defendant LA Fitness was negligent in hiring, training, and supervising the individuals for inspecting, cleaning, and maintaining the Stairmaster on which Plaintiff was injured.

12. Defendant LA Fitness's negligence in hiring, training, and supervising these individuals was the factual and proximate cause of Plaintiff's injuries.

## Count 2
## Premises Liability

13. The preceding paragraphs are hereby incorporated by reference as if set forth herein.

14. Defendant owed a duty to invitees such as Plaintiff to keep the premises and all the exercise equipment in a safe condition.

15. Prior to the subject incident, Defendant was aware or should have been aware that the Stairmaster equipment was not functioning properly and that the chain system was out of alignment.

## Count 3
### Negligent Inspection, Repair, & Maintenance

16. The preceding paragraphs are hereby incorporated by reference as if set forth herein.

17. Defendant was negligent in inspecting, repairing, and maintaining the Stairmaster on which Plaintiff fell.

18. Defendant's negligence in inspecting, repairing and maintaining the Stairmaster resulted in Plaintiff's injuries.

## Count 4
### Attorney's Fees under O.C.G.A. §13-6-11

19. The preceding paragraphs are hereby incorporated by reference as if set forth herein.

20. Defendant LA Fitness has been stubbornly litigious and has caused the Plaintiff unnecessary trouble and expense.

21. Defendant LA Fitness is responsible for the Plaintiff's attorney's fees pursuant to O.C.G.A.§ 13-6-11.

### Prayer for Relief

WHEREFORE, Plaintiff demands a jury trial and the following relief:

a) Past medical expenses:
   i. Grady EMS: $2,004.25;
   ii. Wellstar Atlanta Medical Center: $8,030.00;
   iii. MRI Imaging Specialists: $3,780.00;
   iv. Emory Foot & Ankle Clinic: $2,220.00;
   v. Southern Crescent Physical Therapy: $8,061.97;
   vi. Future Medical Expense: $50,000.00;

b) Lost wages: $150,000.00+;

c) Future medical expenses as determined by a jury;

d) Past and future pain and suffering as determined by enlightened and impartial jurors; and

e) Any relief to which the Plaintiff may be entitled.

This 27th day of October, 2020.

Respectfully submitted,

**DOHERTY LAW FIRM.**

*/s/ Akins Doherty*
_____

Akins Doherty
Georgia Bar No. 422058
Attorney for Plaintiff

1768 Century Blvd, NE
Suite A
Atlanta, Georgia 30345
P: (404) 963-7964
F: (404) 609-2608
akins@akinsdohertylaw.com